UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFREDO ESTEBAN ARGNETA GUZMAN,  )<br>      Petitioner,  )<br>    )<br>v.  )<br>    )<br>DAVID WESLING, *Acting Field Office Director*,  )<br>*Immigration and Customs Enforcement*,  )<br>PATRICIA HYDE, *Acting Field Office Director,*  )<br>TODD LYONS, *Acting Director of U.S.*  )<br>*Immigration and Customs Enforcement*  )<br>PAMELA BONDI, *U.S Attorney General* and  )<br>KRISTI L. NOEM*, Secretary of the U.S.*  )<br>*Department of Homeland Security*,  )<br>      Respondents.  ) | CIVIL ACTION NO.<br>26-10277-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on February 2, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*
———————————
Deputy Clerk

DATED: February 2, 2026